(110 So. 475)

## Ex parte STATE ex rel. ATTORNEY GENERAL.

## PERKINS v. STATE.

### (6 Div. 843.)

(Supreme Court of Alabama. Nov. 26, 1926.)

Certiorari ⟶68—Supreme Court will not indulge in inquiry of fact on application to review Court of Appeals by certiorari.

Inquiry of fact, involved in question whether error was without injury, will not be indulged in by Supreme Court on application to review Court of Appeals by certiorari.

Certiorari to Court of Appeals.

Petition of the State of Alabama, on relation of its Attorney General, for certiorari to the Court of Appeals, to review and revise the judgment and decision of that court in Holl Perkins v. State, 21 Ala. App. 576, 110 So. 474. Writ denied.

Harwell G. Davis, Atty. Gen., for petitioner.

F. F. Windham, of Birmingham, opposed.

Briefs of counsel did not reach the Reporter.

PER CURIAM. The Court of Appeals correctly ruled that the trial court committed error in sustaining the demurrers to defendant's pleas of former acquittal numbered 1 and 2; this for reasons that are well stated

in Savage v. State, 18 Ala. App. 299, 92 So. 19. In so far as the question of error without injury is concerned, that involved an inquiry of fact which this court will not indulge on applications to review the Court of Appeals by certiorari.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.